IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENISE N. INGRAM,

Defendant.                                              No. 09-30138-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is a motion to extend time to file objections to PSR filed by Defendant Denise N. Ingram (Doc. 26). Defendant Ingram asks for an extension of time up to and including April 23, 2010 in which to file formal objections as there was an issue in the PSR that the parties are trying to resolve. Defendant states that the Government and the defense appear to have reached an agreement concerning guideline calculations reflected in the PSR and the correct enhancement to be applied, but need additional time to consult with probation in order to avoid resolving this matter through formal objections. Based on the reasons in the motion, the Court **GRANTS** Defendant's motion to extend time to file objections. The parties

will have up to and including **April 23, 2010** in which to file formal objections to the PSR.

       **IT IS SO ORDERED.**

Signed this 16th day of April, 2010.

                                    /s/     David R Herndon

                                    **Chief Judge**
                                    **United States District Court**